UNITED STATES of America,
Plaintiff—Appellee,

v.

Oden McGREEVY, Defendant—
Appellant.

No. 04–30198.
D.C. No. CR–03–186–ALH.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 7, 2005.*

Decided Feb. 18, 2005.

Jennifer Martin, AUSA, Office of the U.S. Attorney, Mark O. Hatfield U.S. Courthouse, Portland, OR, for Plaintiff–Appellee.

odd H. Grover, Hoevet & Boise, Portland, OR, for Defendant–Appellant.

Before FERNANDEZ, GRABER, and GOULD, Circuit Judges.

---

MEMORANDUM **

We vacate the sentence and remand for resentencing in light of *United States v. Booker*, —— U.S. ——, ——, 125 S.Ct. 738, 769, 160 L.Ed.2d 621 (2005), and *United States v. Ameline*, 400 F.3d 646, No. 02–30326, 2005 WL 350811 (9th Cir. Feb.9, 2005).

VACATED and REMANDED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

